IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE G. MARTIN * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. _____ |
| * | |
| B&T FINANCIAL SERVICES LLC AND * | COMPLAINT AND |
| PINNACLE CREDIT SERVICES, LLC * | DEMAND FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Eddie G. Martin ("Mr. Martin" or "plaintiff"), is a natural person who, at all times relevant hereto, resided in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, B&T Financial Services LLC (hereinafter referred to as "B&T") is a foreign corporation whose registered agent for service of process is National Registered Agents, Inc., 1011 N. Causeway Blvd., Suite 3, Mandeville, LA 70471. B&T, at all times relevant hereto,

regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5. Defendant, Pinnacle Credit Services, LLC (hereinafter referred to as "Pinnacle") is a Minnesota corporation whose Manager listed with the Minnesota secretary of state's office is Todd Striker, 7900 Hwy 7, St. Louis Park, Minnesota 55426. Pinnacle does not have a registered agent for service in Minnesota nor in Louisiana. Pinnacle, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

6. On or about August 24, 2011, B&T mailed a letter to Mr. Martin regarding a debt he allegedly owes to co-defendant Pinnacle in the amount of approximately $7133.72, a copy of which is attached hereto and incorporated herein.

7. This alleged debt arose from the use of a credit card originally issued by Providian National Bank, which was used solely for general personal purposes and if owed, was in default at the time B&T sent this letter to plaintiff.

8. After Mr. Martin received this letter, he received a call from B&T about this alleged debt.

9. During this call, Mr. Martin asked B&T what was going to happen to him.

10. B&T informed Mr. Martin that "At this point time we are seeking to obtain a judgment."

11. B&T informed Mr. Martin that "If it's [the alleged debt] over five thousand, we'll take it to court."

12. B&T is not licensed to practice law in Louisiana and had no authority to file suit against Mr. Martin at the time of this conversation.

13. B&T is a collection agency which attempts to collect debts from individuals throughout the United States.

14. Pinnacle is also a large collection agency in the United States which attempts to collect thousands of defaulted accounts every year from individuals, said accounts it claims to have purchased from various banks.

15. At the time this letter was sent to Mr. Martin and the conversation with B&T, there had not been any payments on this alleged debt in seven years.

16. This alleged debt was prescribed or otherwise time barred by any applicable statutes of limitation.

17. Since this letter was sent, suit was never filed against Mr. Martin for this alleged debt.

## **DEFENDANT'S PRACTICES**

18. Defendants B&T and Pinnacle have violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

19. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant B&T Financial Services LLC and Pinnacle Credit Services, LLC for:

      a.      Additional damages;

      b.      Actual damages;

      c.      Attorney fees, litigation expenses and costs; and

      d.      Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

                                        BY ATTORNEY:

                                        <u>S/Garth J. Ridge</u>
                                        **GARTH J. RIDGE**
                                        Bar Roll Number 20589
                                        251 Florida Street, Suite 301
                                        Baton Rouge, Louisiana 70801
                                        Telephone Number:  (225) 343-0700
                                        Facsimile Number:  (225) 343-7700
                                        E-Mail Address: GarthRidge@aol.com